AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRUCE P. KRIEGMAN,

    Plaintiff,

    v.

JOHN McLAUGLIN, et al,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-649-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to FRBP 7041 and FRCP 41(a)(1)(A), that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, and the Defendants, John McLaughlin and Lorraine Shannon, by and through their respective attorneys, stipulate and agree to the dismissal of this action, and therefore, this action is hereby dismissed with prejudice and without costs to any party.

March 25, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb